# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL TODD LEFF,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
BANK OF NEW YORK MELLON,
Real Party in Interest.

No. 69504

**FILED**

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING WRIT PETITION*

This original pro se writ petition seeks to prevent the issuance of a Foreclosure Mediation Program (FMP) certificate.

Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, and although petitioner has not provided this court with the documentation necessary to understand the matters set forth in his writ petition, *see* NRAP 21(a)(4), we note that a district court's denial of an FMP certificate does not result in a deed of trust beneficiary being permanently banned from seeking to foreclose, *see Holt v. Reg'l Tr. Servs. Corp.*, 127 Nev. 886, 890, 266 P.3d 602, 605 (2011). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

16-04468

cc: Russell Todd Leff
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A